**Opinion issued November 19, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00660-CV

_____

**RONALD K. WOODDELL, Appellant**

**V.**

**BARBARA WOODDELL, Appellee**

---

**On Appeal from the County Court at Law No. 3 & Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. PR35724**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed June 29, 2015. Appellant has filed a motion to dismiss the appeal. It has been more than 10 days since appellant filed this motion, and no response has been filed. No opinion has issued.

Accordingly, we grant appellant's motion and we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.